IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-337-RJC-DCK

| | |
|---|---|
| JUBA ALUMINUM PRODUCTS CO., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EFCO CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) filed by Evan M. Sauda, concerning Lee D. Wedekind, III on July 13, 2018. Mr. Lee D. Wedekind, III seeks to appear as counsel *pro hac vice* for Defendant EFCO Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) is **GRANTED.** Mr. Lee D. Wedekind, III is hereby admitted *pro hac vice* to represent Defendant EFCO Corporation.

**SO ORDERED**.

Signed: July 13, 2018

David C. Keesler
United States Magistrate Judge